### 38198.   LUNSFORD v. LOUISVILLE & NASHVILLE RAILROAD COMPANY *et al.*

TOWNSEND, Judge.   The judgment of this court reversing the judgment of the superior court which sustained the general demurrer to the petition having been reversed by the Supreme Court of Georgia (*Louisville & Nashville R. Co. v. Lunsford,* 216 Ga. 289) and the original judgment of this court having been vacated, the judgment of the superior court sustaining the general demurrer to the petition is affirmed.

*Judgment affirmed. Carlisle and Frankum, JJ., concur. Gardner, P. J., not participating.*

DECIDED SEPTEMBER 29, 1960.

*Hewlett, Hewlett & Wall, Sam D. Hewlett, Jr.,* for plaintiff in error.

*Heyman, Abram & Young, Herman Heyman,* contra.